'IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EVON M. HASKELL and
DONALD G. HASKELL                                              PLAINTIFFS

VS.                                   CIVIL ACTION NO. 1:05cv674-LTS-JMR

JWS, INC. AND
ALLSTATE INSURANCE COMPANY                                     DEFENDANTS

## AGREED ORDER OF DISMISSAL OF JWS, INC.

The Plaintiffs, Evon M. Haskell and Donald G. Haskell, and the Defendants, JWS, Inc. and Allstate Insurance Company, have agreed that one of the Defendants, JWS, Inc., should be dismissed from this matter with prejudice and have jointly requested this Court for such a dismissal.  Based on the agreement of the parties through their respective counsel as evidenced by the authorized signatures below, this Court finds that the request should be granted and the Defendant, JWS, Inc., should be dismissed from this matter with prejudice.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED

That Defendant, JWS, Inc., is hereby dismissed from this matter with prejudice to the Plaintiffs' claims, and no costs are assessed whatsoever at this time;

That the plaintiff's motion to remand [3] is hereby DENIED AS MOOT;

That the defendants' motion for an extension of time to file response/reply [5] is hereby DENIED AS MOOT.

SO ORDERED AND ADJUDGED this 26th day of April, 2006.

*s/ L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge

AGREED:

s/William C. Walker
William C. Walker, Esquire (MSB #6893)
Attorney for Plaintiffs

s/William C. Griffin
William C. Griffin (MSB #5021)
Attorney for Defendants